No. 93–173.  ELLIOTT v. ADMINISTRATOR, ANIMAL AND PLANT HEALTH INSPECTION SERVICE, UNITED STATES DEPARTMENT OF

AGRICULTURE, ET AL. C. A. 4th Cir. Certiorari denied. Reported below: 990 F. 2d 140.